**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1030**

─────────────

In Re: DALE E. HAMILTON,

Debtor.

─────────────────────────

DALE E. HAMILTON,

Plaintiff - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-98-770-A, BK-97-12554-MVB)

─────────────

Submitted:  March 25, 1999          Decided:  March 31, 1999

─────────────

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Dale E. Hamilton, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dale Hamilton appeals from the district court's order denying his motion for reconsideration of a prior order dismissing his appeal from the bankruptcy court. Our review of the record and the opinions below discloses no reversible error and no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. See In re Hamilton, Nos. CA-98-770-A; BK-97-12554-MVB (E.D. Va. Oct. 22 & Nov. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED